IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CORNELIUS DRISKER, #178724, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:10cv890-WHA |
| | ) |
| WARDEN J. C. GILES, et al., | )         (WO) |
| | ) |
| Respondents. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #12), entered on February 4, 2011, the Recommendation is ADOPTED, and it is hereby

ORDERED that this petition for habeas corpus relief is DISMISSED without prejudice to afford Petitioner an opportunity to exhaust all available state court remedies.

DONE this 28th day February, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE